# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| *Plaintiff,* | * | |
| v. | * | **Case Number: 24-4009** |
| | * | |
| **CHARMAINE MEISHA BROWN,** | * | |
| *Defendant.* | * | |
| | * | |

## MEMORANDUM IN SUPPORT OF APPEAL OF CONDITIONS OF PRETRIAL RELEASE

Now comes the Appellant, Charmaine Brown, through undersigned counsel, and respectfully requests the Court of Appeals order a modification of the appellant's current conditions of pretrial restraint, and for reasons states:

Mrs. Brown appeared before this Court for her Initial Appearance on May 20, 2022. In an Order setting Conditions of Release dated May 20, 2022 (ECF 27), Mrs. Brown was released pending trial subject to various conditions imposed by the United States Magistrate Judge.

Among those conditions of pre-trial release was condition

number 8(x) which prohibited her from possessing the PII [Personal Identifying Information] of another person other than her own children. Mrs. Brown sought modification of condition 8(x) regarding the possession of PII in a motion filed July 21, 2023 to allow her greater latitude in seeking employment. That motion was denied without prejudice because the previous attorney who filed the Motion was also seeking to withdraw from the case. on July 31, 2023 (ECF 95). Mrs. Brown then through undersigned counsel refiled the Motion for modification on August 15, 2023. That motion was denied by the magistrate judge on September 11, 2023 (ECF 103). After that denial the appellant filed a request to have the assigned District Court Judge review the magistrate's ruling. (ECF 104). A hearing was held on December 12, 2023 ( ECF111) the District Judge granted the sought after relief partially to allow Mrs. Brown to possess PII in her employment and in the presence of the owner of the PII. (see ECF 119 dated December 15, 2023). This would allow her some ability to work in jobs that required face to face contact with a customer but eliminates her ability to work in many customer service jobs where she in working from a remote location such as home.

Ms. Brown seeks review of this condition by the Court of Appeals of her Pre-trial release and again seeks modification of condition 8 "Not to possess PII [Personal Identifying Information] of any person."

Ms. Brown has been unsuccessful in finding employment that does not in some way involve the temporary viewing of another individual's driver's license, account information, addresses, phone numbers, etc. Virtually all clerical work requires access to some customer or consumer PII on a very temporary basis. In addition, Mrs. Brown suffers from both knee and back issue that make many retail jobs impossible for her to perform meaning that a customer service that can be pursued from home is the only sort of work she can do.

Ms. Brown hereby is requesting that condition 8(x) be modified as follows:  The Defendant must "Not wrongfully *or illegally* possess PII [Personal Identifying Information] of any person. *Possession or use of PII for legitimate employment endeavors only is permitted.*

Prior to her arrest, Ms. Brown was employed with the Federal Emergency Management Agency within the Department of Homeland Security. She was fired from her job based on her arrest and pending federal indictment. Prior to her termination she was performing well at FEMA and had been trained to work with other agencies such as DOD and CBP.  There is no evidence that she wrongfully or illegally used PII in her position at FEMA.

Ms. Brown's co-defendant, her husband Andrews Oduro Brown, has been confined since his arrest in May of 2022 and has not been able to provide support for the family which is why Mrs. Brown is in such dire need of gaining employment.

WHEREFORE, Defendant respectfully requests that the Court of Appeals order the granting this Review of Conditions of Release and Modify the Conditions of Release by modifying condition 8(x) as set forth above.

                                          Respectfully submitted,

                                          Law Offices of Marc G. Hall, P.C.

                                          _____/s/_____

Marc G. Hall
Fed Bar No. 01386
6411 Ivy Lane, Suite 304
Greenbelt, MD 20770
240 205-3041

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Document was electronically delivered, this 31st day of January 2024 to: The United States Attorney's Office, Greenbelt, MD 20770.

                                          _____/s/_____

Marc G. Hall